Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: 5.18% per annum.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No.   23-30994-pcm13 |
| Gloria Mae Nelson and<br>Larry Howard Nelson, | |
| Debtors. | |
| | Adversary No.   23-03065-pcm |
| United States Trustee, | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Keith H. Bray and The Rezidential Group, Inc.,<br>a California Corporation, | |
| Defendants. | |

Based on the Order of Default entered herein (Doc. 13); the United States Trustee's

Memorandum in Support of Default Judgment (Doc. 19); the evidence offered at the Prove-up

Hearing held on February 15, 2024; and for the reasons stated in the Court's Memorandum

Decision (Doc. 29):

**Page 1 of 3 – DEFAULT JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED** that:

a.  Defendants are assessed $22,500 in fines, payable to the U.S. Trustee.

b.  Defendants shall pay debtors Gloria Mae Nelson and Larry Howard Nelson $7,990 pursuant to 11 U.S.C. § 110(i)(1)(B)(ii).

c.  Defendants shall pay debtors Gloria Mae Nelson and Larry Howard Nelson $3,995 as forfeited fees; the funds shall be made payable to the Debtors and turned over the United States Trustee.

d.  Liability for the amounts above shall be joint and several between the Defendants.

e.  Pursuant to 11 U.S.C. § 110(j)(2)(B), Keith H. Bray and The Rezidential Group, Inc. are prohibited from acting as bankruptcy petition preparers in the District of Oregon, including the following:

    1.  Preparing a document for filing by a debtor in the United States Bankruptcy Court for the District of Oregon or the United States District Court for the District of Oregon in connection with a case under title 11 of the United States Code.

    2.  Engaging in the unauthorized practice of law, including providing legal advice to a potential or current debtor whether over the internet, via email, or by any other means.

    3.  Using the term "legal" or similar terms in advertisements, including on the Rezidential Group website.

# # #

I hereby certify that I have complied with the requirements of LBR 9021-1.

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Christian Torimino
Christian A. Torimino, WSBA #52927
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
1220 SW 3rd Ave. Rm 315
Portland, OR 97204
Tel: (202) 306-4948
Email: christian.torimino@usdoj.gov

Copies to:

Keith H. Bray
27905 Ridgebrook Ct.
Rancho Palos Verdes, CA 90275

Keith H. Bray
15917 Prairie Ave.
#2
Lawndale, CA 90260


The Rezidential Group, Inc.
15917 Prairie Ave.
#2
Lawndale, CA 90260


The Rezidential Group, Inc.
955 Deep Valley Drive
PO Box 4523
Palos Verdes Penninsula, CA 90274

**Page 3 of 3 – DEFAULT JUDGMENT**